IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JOYCE YVONNE CLEMMONS,

   Plaintiff,

     v.

ANIMAL CARE & CONTROL OF NYC,

   Defendant.

CIVIL ACTION FILE
NO. 1:12-CV-1433-TWT

## ORDER

This is an employment discrimination action. It is before the Court on the Report and Recommendation [Doc. 7] of the Magistrate Judge recommending that the Defendant's Motion to Dismiss [Doc. 4] be denied and the Motion to Transfer [Doc. 4] be granted. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Dismiss [Doc. 4] is DENIED and the Defendant's Motion to Transfer [Doc. 4] is GRANTED. This action is TRANSFERRED to the Southern District of New York.

T:\ORDERS\12\Clemmons\r&r.wpd

SO ORDERED, this 28 day of November, 2012.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge